MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendant
CITY OF SANTA CLARA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>           Plaintiffs,<br><br>vs.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA. MASONIC GRAND LODGE SAN FRANCISCO, CA. SCOTTISH RITE BODIES OF SAN JOSE, CA,<br><br>           Defendants. | Case No. C07 03476 HRL<br><br>**DEFENDANT CITY OF SANTA CLARA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:    September 4, 2007<br>Time:   10:00 a.m.<br>Dept.:   2, 5th Floor<br>Judge:  Hon. Howard R. Lloyd |

Defendant, CITY OF SANTA CLARA, hereby requests this Court take judicial notice of the case of <u>Neal G. Benson v. Santa Clara Masonic Lodge #299, et al</u>., Case No. C03-00119 RMW pursuant to Federal Rule of Evidence 201 and specifically the following documents in that case:

    1.    Original complaint filed January 9, 2003;

    2.    Order Granting Motions to Dismiss filed February 25, 2003;

    3.    Plaintiff's Amended Complaint dated March 3, 2003;

    4.    Order Dismissing Complaint filed March 26, 2003;

    5.    Notice for Reconsideration dated on or near April 20, 2007;

    6.    Order Denying Motion for Reconsideration dated June 22, 2007.

| | |
|---|---|
| Dated: July 24, 2007 | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |

By: /s/ Michael C. Serverian
   MICHAEL C. SERVERIAN
   Attorneys for Defendant
   CITY OF SANTA CLARA