**United States District Court**
For the Northern District of California

***E-FILED: 7.30.2007***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA, MASONIC GRAND LODGE SAN FRANCISCO, CA, SCOTTISH RITE BODIES OF SAN JOSE, CA,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C07-03476 HRL<br><br>**CLERK'S NOTICE RE DEADLINE FOR FILING CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

　　PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. **No later than August 7, 2007**, each party shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.

Dated:　　July 30, 2007

　　　　　　　　　　　　　　　　　　　　　　/s/ KC
　　　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd

1  **5:07-cv-3476 Notice will be electronically mailed to**:

2  Michael C. Serverian mserverian@rllss.com

3  **5:07-cv-3476 Notice will be mailed to:**

4  Neal G. Benson
   5462 Begonia Drive
5  San Jose, CA 95124