**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Peggy S. Doyle, SB# 176483
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; and SAN JOSE SCOTTISH RITES BODIES

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA. MASONIC GRAND LODGE SAN FRANCISCO, CA. SCOTTISH RITE BODIES OF SAN JOSE, CA.<br><br>    Defendants. | CASE NO. C07 03476 HRL<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT OF DEFENDANTS THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; AND SAN JOSE SCOTTISH RITES BODIES**<br><br>Date:    September 4, 2007<br>Time:    10:00 a.m.<br>Dept:    2<br>Judge:  Howard R. Lloyd |

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

NOTICE IS HEREBY GIVEN that on September 4, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Howard R. Lloyd in Department 2 of the above-entitled Court located at 280 South First Street, San Jose, California, defendants The Most Worshipful Grand Lodge of the Free and Accepted Masons of the State of California ("Grand Lodge"); Liberty Lodge #299 Free and Accepted Masons ("Liberty Lodge"); and San Jose Scottish Rites Bodies ("Scottish Rites") ("collectively defendants") will move the Court for the following orders:

A. **MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6):**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), for an order dismissing the complaint on the ground that it fails to state a claim upon which relief may be granted pursuant to the doctrine of *res judicata* and the Honorable Ronald M. Whyte's dismissal of the plaintiff's prior complaint in <u>Neal G. Benson v. Santa Clara Masonic Lodge #299, et al.</u>, Northern District Court Case No. 5:03-cv-00119-RMW; and

B. **MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e):**

In the alternative, for an order pursuant to FRCP 12(e) compelling the plaintiff to file a short and plain statement of the claim entitling him to relief which complies with FRCP 8 and which fairly appraises defendants of the claims against which they must defend.

These motions will be based upon this notice; the memorandum of points and authorities and request for judicial notice served and filed herewith; and on such other oral and documentary evidence as may be presented at the time of hearing.

DATED:   July 30, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peggy S. Doyle
Attorneys for Defendants