**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Peggy S. Doyle, SB# 176483
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; and SAN JOSE SCOTTISH RITES BODIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>   Plaintiff,<br><br>v.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA. MASONIC GRAND LODGE SAN FRANCISCO, CA. SCOTTISH RITE BODIES OF SAN JOSE, CA.<br><br>   Defendants. | CASE NO. C07 03476 HRL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; AND SAN JOSE SCOTTISH RITES BODIES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date:   September 4, 2007<br>Time:   10:00 a.m.<br>Dept:   2<br>Judge:  Howard R. Lloyd |

Defendants The Most Worshipful Grand Lodge of the Free and Accepted Masons of the State of California ("Grand Lodge"), Liberty Lodge #299 Free and Accepted Masons ("Liberty Lodge"), and San Jose Scottish Rites Bodies ("Scottish Rites") (collectively "defendants") hereby request that the Court take judicial notice of the following documents contained in its files pursuant to Rule 201 of the Federal Rules of Evidence:

A.  <u>Neal G. Benson v. Santa Clara Masonic Lodge, et al.</u>
    **Northern District Court Case No. 5:03-cv-00119-RMW**

   1.   Complaint, docket #1;

---

4836-3744-6401.1                                -1-

2. Defendants' Motion to Dismiss, docket #8-#10;

3. Order granting defendants' Motion to Dismiss, docket #12;

4. Amended Complaint, docket #13;

5. Amend to Rico Criminal Case, docket #14;

6. Defendants' (second) Motion to Dismiss, docket #20-#22;

7. Order of dismissal, docket #25;

8. Judgment in favor of defendants, docket #26;

9. Plaintiff's Motion For Reconsideration, docket #27; and

10. Order denying plaintiff's Motion For Reconsideration, docket #28.

B. **Neal G. Benson v. Santa Clara Masonic Lodge, et al.**
**Northern District Court Case No. 5:07-cv-03476-HRL**

1. Complaint, docket #1.

DATED: July 30, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peggy S. Doyle
Attorneys for Defendants

4836-3744-6401.1

-2-

RFJN IN SUPPORT OF DEFENDANTS GRAND LODGE, LIBERTY LODGE,
AND SCOTTISH RITES' MOTION TO DISMISS