LEWIS BRISBOIS BISGAARD & SMITH LLP
Shawn A. Toliver, SB# 148349
Peggy S. Doyle, SB# 176483
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; and SAN JOSE SCOTTISH RITES BODIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA. MASONIC GRAND LODGE SAN FRANCISCO, CA.  SCOTTISH RITE BODIES OF SAN JOSE, CA.<br><br>    Defendants. | CASE NO. C07 03476 HRL<br><br>**PROOF OF SERVICE**<br><br>Date:  September 4, 2007<br>Time:  10:00 a.m.<br>Dept:  2<br>Judge: Howard R. Lloyd |

| | |
|---|---|
| RE: | Neal G. Benson v. Santa Clara Masonic Lodge, Liberty Lodge #299, et al. |
| VENUE: | United States District Court, Northern District of California, San Jose Branch |
| CASE NO.: | C03-00119 RMW EAI ADR |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 30, 2007, I served the following document described as
1. **NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT OF DEFENDANTS THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; AND SAN JOSE SCOTTISH RITES BODIES**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA, LIBERTY LODGE #299 FREE AND ACCEPTED MASONS, AND SAN JOSE SCOTTISH RITES BODIES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; AND SAN JOSE SCOTTISH RITES BODIES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| Neal G. Benson<br>5462 Begonia Drive<br>San Jose, CA 95124 | Plaintiff in PRO PER<br><br>Telephone:  (408) 267-7456<br>Facsimile:   Unknown |
|---|---|

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]    I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

4818-1036-8257.1

PROOF OF SERVICE

RE: <u>Neal G. Benson v. Santa Clara Masonic Lodge, Liberty Lodge #299, et al.</u>
VENUE: United States District Court, Northern District of California, San Jose Branch
CASE NO.: C03-00119 RMW EAI ADR

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2007, at San Francisco, California.

_____
Anna Lisa Villanueva

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4818-1036-8257.1

PROOF OF SERVICE