1  Peggy S. Doyle, SBN 176483
2  Lewis Brisbois Bisgaard & Smith LLP
3  One Sansome Street
   Suite 1400
4  San Francisco, CA 94104-4431
5

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8

9  Neal G. Benson,                    No. C07-03476 HRL
10            Plaintiff(s),            **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11     v.
12 Santa Clara Masonic Lodge #299,
13 et al.,    Defendant(s).
14 _____/

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated: 7-31-07                    _____
                                       Signature
22
                                    Counsel for Ds
23                                  (Plaintiff, Defendant or indicate "pro se")

RE: <u>Neal G. Benson v. Santa Clara Masonic Lodge, Liberty Lodge #299, et al.</u>
VENUE: United States District Court, Northern District of California, San Jose Branch
CASE NO.: C03-00119 RMW EAI ADR

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On August 1, 2007, I served the following document described as

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Neal G. Benson<br>5462 Begonia Drive<br>San Jose, CA 95124 | Plaintiff in PRO PER<br><br>Telephone:  (408) 267-7456<br>Facsimile:  Unknown |
| Michael C. Serverian<br>RANKIN, LANDSNESS, LAHDE,<br>SERVERIAN & STOCK<br>96 North Third Street, Suite 500<br>San Jose, CA 95112-5572 | Attorneys for DEPUTY CITY ATTORNEY<br>D.A. LARKIN, CITY OF SANTA CLARA<br><br>Telephone:  (408) 293-0463<br>Facsimile:  (408) 293-9514 |

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

    [ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    [X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2007, at San Francisco, California.

_____
Anna Lisa Villanueva

4818-1036-8257.1

PROOF OF SERVICE