1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   CITY OF SANTA CLARA

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 NEAL G. BENSON,                          )    Case No. C07 03476 HRL
                                            )
12       Plaintiff,                         )    **CONSENT TO PROCEED BEFORE A**
                                            )    **UNITED STATES MAGISTRATE JUDGE**
13 vs.                                      )
                                            )
14 SANTA CLARA MASONIC LODGE                )
   #299, SANTA CLARA POLICE                 )
15 DEPARTMENT AND CITY OF                   )
   SANTA CLARA, CA. MASONIC                 )
16 GRAND LODGE SAN FRANCISCO,               )
   CA. SCOTTISH RITE BODIES OF              )
17 SAN JOSE, CA,                            )
                                            )
18       Defendants.                        )
                                            )
19

20       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

21     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

22 parties hereby voluntarily consent to have a United States Magistrate Judge conduct any

23 and all further proceedings in the case, including trial, and order the entry of a final

24 judgment.  Appeal from the judgment shall be taken directly to the United States Court of

25 Appeals for the Ninth Circuit.

26
   Dated: August 1, 2007                         RANKIN, LANDSNESS, LAHDE,
27                                                SERVERIAN & STOCK

28
                                                 By: /s/ Michael C. Serverian
                                                    MICHAEL C. SERVERIAN
                                                    Attorneys for Defendant

                                                       1

