**\*E-FILED: 8.17.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAL G. BENSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SANTA CLARA MASONIC LODGE #299,<br>SANTA CLARA POLICE DEPARTMENT<br>AND CITY OF SANTA CLARA, CA,<br>MASONIC GRAND LODGE SAN<br>FRANCISCO, CA, SCOTTISH RITE BODIES<br>OF SAN JOSE, CA,<br><br>　　　　Defendants.<br>_____/ | No. C07-03476 HRL<br><br>**ORDER REFERRING CASE FOR A RELATED CASE DETERMINATION** |

　　　　Pursuant to Civil Local Rule 3-12(c), the instant action is hereby referred to the judge presiding in *Benson v. Santa Clara Masonic Lodge #299, et al.*, C03-00119RMW, for a determination as to whether the actions are related within the meaning of Civil Local Rule 3-12.

　　　　IT IS SO ORDERED.

Dated:　　August 17, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice electronically mailed to:**

Peggy S. Doyle doyle@lbbslaw.com

Michael C. Serverian mserverian@rllss.com

Shawn Adrian Toliver toliver@lbbslaw.com, nebreda@lbbslaw.com

**Notice mailed to**:

Neal G. Benson
5462 Begonia Drive
San Jose, CA 95124