**United States District Court**
For the Northern District of California

*E-FILED: 8.27.2007*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON, | No. C07-03476 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE CONTINUING MOTION HEARINGS** |
| SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA, MASONIC GRAND LODGE SAN FRANCISCO, CA, SCOTTISH RITE BODIES OF SAN JOSE, CA, | |
| Defendants. / | |

PLEASE TAKE NOTICE THAT the hearings on defendants' motions to dismiss, originally noticed for September 4, 2007, have been **continued to September 18, 2007, 10:00 a.m. in Courtroom 2**.

Dated:  August 27, 2007

/s/
Chambers of Magistrate Judge Howard R. Lloyd

1  **5:07-cv-3476 Notice electronically mailed to:**

2  Peggy S. Doyle doyle@lbbslaw.com

3  Michael C. Serverian mserverian@rllss.com

4  Shawn Adrian Toliver toliver@lbbslaw.com, nebreda@lbbslaw.com

5  **5:07-cv-3476 Notice mailed to:**

6  Neal G. Benson
7  5462 Begonia Drive
   San Jose, CA 95124