LAW OFFICES
# RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: rankinlaw@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

**SAN CARLOS OFFICE**
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

August 31, 2007

Neal Benson
5462 Begonia Drive
San Jose, CA 95124

Re:   Benson v. Santa Clara Masonic Lodge #299, et al.
      U.S. District Court No. C07 03476HRL

Dear Mr. Benson:

   This letter is to advise that documents you have attempted to efile and serve on defendant have not been received by either the Court or our office. Those documents include the following:

| | |
|---|---|
| Document No. 4 | Return of Service to K. Nagel on 7/9/07 by Neal Benson |
| Document No. 5 | Return of Service to R. Walker for Secretary of the San Jose Scottish Rite on 7/9/07 by Neal Benson |
| Document No. 6 | Return of Service to Helne Liechter [sic] City Attorney for the City of Santa Clara on 7/9/07 by Neal Benson |
| Document No. 17 | Consent to Proceed Before a US Magistrate Judge by Neal Benson |
| Document No. 18 | Answer to the Motion of the Attorney's in the Alternative for a More Definite Statement, etc. filed by Neal Benson |
| Document No. 19 | Proof of Service re [18] Answer to Motion by Neal Benson |

Neal Benson
Re:  <u>Benson v. Santa Clara Masonic Lodge #299, et al.</u>
     U.S. District Court No. C07 03476HRL
September 4, 2007
Page 2

|  |  |
|---|---|
| Document No. 23 | Certificate of Service re [18] Answer to Motion by Neal Benson |
| Document No. 24 | Certificate of Service re [17] Consent to Proceed Before a US Magistrate Judge by Neal Benson |
| Document No. 28 | Proof of Service by Mail re [25 - Order Referring Case for a Related Case Determination] filed by Neal Benson |

    Please provide this office with copies of the above.  Should you have any questions, please feel free to give me a call.

Very truly yours,


MICHAEL C. SERVERIAN

MCS/lh

cc:   Magistrate Judge Howard Lloyd (via facsimile, efile and U.S. Mail)
      Peggy S. Doyle, Esq.