**United States District Court**
For the Northern District of California

**\*E-FILED 9.14.2007\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON, | No. C07-03476 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RE MOTION HEARINGS** |
| SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA, MASONIC GRAND LODGE SAN FRANCISCO, CA, SCOTTISH RITE BODIES OF SAN JOSE, CA, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT the September 18, 2007 hearings on defendants' motions to dismiss have been taken off calendar, to be re-set with the appropriate judge pending resolution of the court's referral order for a related case determination.

Dated: September 14, 2007

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-3476 Notice electronically mailed to:**

Peggy S. Doyle doyle@lbbslaw.com

Michael C. Serverian mserverian@rllss.com

Shawn Adrian Toliver toliver@lbbslaw.com, nebreda@lbbslaw.com

**5:07-cv-3476 Notice mailed to:**

Neal G. Benson
5462 Begonia Drive
San Jose, CA 95124