**United States District Court**
For the Northern District of California

**\*E-FILED: 10/3/2007\***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA, MASONIC GRAND LODGE SAN FRANCISCO, CA, SCOTTISH RITE BODIES OF SAN JOSE, CA,<br><br>    Defendants.<br>_____/ | No. C07-03476 HRL<br><br>**CLERK'S NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the October 9, 2007 case management conference has been taken off calendar, pending resolution of the court's referral order for a related case determination.

Dated:  October 3, 2007

/s/
_____
Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-3476 Notice electronically mailed to:**

Peggy S. Doyle doyle@lbbslaw.com

Michael C. Serverian mserverian@rllss.com

Shawn Adrian Toliver toliver@lbbslaw.com, nebreda@lbbslaw.com

**5:07-cv-3476 Notice mailed to:**

Neal G. Benson
5462 Begonia Drive
San Jose, CA 95124