IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA MASONIC LODGE #299, et al.,<br><br>    Defendant. | *E-FILED - 10/5/07*<br><br>CASE NO.: C-07-03476-RMW<br><br>**CLERK'S NOTICE OF SETTING MOTIONS HEARING DATE**<br><br>NEW DATE: NOVEMBER 9, 2007<br><br>TIME: 9:00 AM |

PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT,** previously set before Magistrate Judge Lloyd for September 4, 2007, has been calendared to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: October 5, 2007

                              BY: */s/ Jackie Garcia*
                                   JACKIE GARCIA
                                   Courtroom Deputy for
                                   Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3  *Mailed to Plaintiff (Pro Se)*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28