IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEAL G. BENSON,

        Plaintiff,

  v.

SANTA CLARA MASONIC LODGE #299, et al.,

        Defendant.

***E-FILED - 10/5/07***

CASE NO.: C-07-03476-RMW

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **November 9, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to file a Joint Case Management Statement by November 2, 2007.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: October 5, 2007

BY: _/s/ Jackie Garcia_
       JACKIE GARCIA
       Courtroom Deputy for
       Honorable Ronald M. Whyte

1
2
3   Copy of Order E-Filed to Counsel of Record:
4   *Mailed to Plaintiff (Pro Se)*
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28