LAW OFFICES
## RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
A LAW CORPORATION

MICHAEL C. SERVERIAN
DAVID J. STOCK
JON A. HEABERLIN
MICHELLE C. TING

96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CALIFORNIA 95112-5572
TELEPHONE: (408) 293-0463
FACSIMILE: (408) 293-9514
E-MAIL: rankinlaw@rllss.com
Website: www.rllss.com

MAURICE J. RANKIN (1888-1975)
G. DAVID LANDSNESS (1944-1997)

BERNARD P. LAHDE (Ret.)

**SAN CARLOS OFFICE**
939 LAUREL STREET, SUITE D
SAN CARLOS, CALIFORNIA 94070

October 8, 2007

Neal Benson
5462 Begonia Drive
San Jose, CA 95124

Peggy S. Doyle, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
One Sansome Street, #1400
San Francisco, CA 94104-4431

Re:   Benson v. Santa Clara Masonic Lodge #299, et al.
      U.S. District Court No. C07 03476HRL

Dear Counsel:

Please be advised that the court has reset **Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement** to **Friday, November 9, 2007, at 9:00 a.m.**, before the Honorable Ronald M. Whyte in Courtroom #6, 4th Floor, U.S. Courthouse, located at 280 South First Street, San Jose, CA. A copy of Clerk's Notice is attached hereto.

Very truly yours,

MICHAEL C. SERVERIAN

MCS/lh

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2007, I filed the foregoing **October 8, 2007 letter to counsel re new Motion to Dismiss hearing date** via the U.S. District Court, Northern District, California's ECF Filing System, and I sent true and correct copies via U.S. Mail, postage prepaid and addressed to the following:

William D. Andrews
932 College Drive
San Jose, CA 95128

Peggy S. Doyle, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
One Sansome Street, #1400
San Francisco, CA 94104-4431

Lori Hill

```
                                            GULL _____
                                            FILE _____
 1                                          RETURN _____
                                            DIARY _____
 2                                          CALENDAR 11/9 - ar mtn.
                                            SEE ME _____ DISMISS
 3           IN THE UNITED STATES DISTRICT COURT
                                            RETURN W/FILE ___ RBA
 4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 5
                                    *E-FILED - 10/5/07*
 6  NEAL G. BENSON,
                                    CASE NO.: C-07-03476-RMW
 7        Plaintiff,
                                    CLERK'S NOTICE OF SETTING
 8     v.                           MOTIONS HEARING DATE

 9  SANTA CLARA MASONIC LODGE #299, NEW DATE: NOVEMBER 9, 2007
    et al.,
10                                  TIME: 9:00 AM
        Defendant.
11
12
13        PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANT'S MOTION TO
14  DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT,**
15  previously set before Magistrate Judge Lloyd for September 4, 2007, has been calendared to the date
16  and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in
17  courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless
18  notified that the matter will be submitted without argument.
19        If any hearing date is moved by the court's own motion, papers must still be filed in
20  accordance with the originally noticed date and the Local Rules of this court absent a court order
21  setting a new briefing schedule.
22        The moving party shall give written notice to counsel for all parties of the new date of the
23  hearing after receipt of this notice. Following service, the moving party shall file a certificate of
24  service with the Clerk of the Court.
25
26  DATED: October 5, 2007
27                                  BY: /s/ Jackie Garcia
                                        JACKIE GARCIA
28                                      Courtroom Deputy for
                                        Honorable Ronald M. Whyte
```

1
2  Copy of Order E-Filed to Counsel of Record:
3  *Mailed to Plaintiff (Pro Se)*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28