**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Tal Korn, SB# 227719
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants THE MOST WORSHIPFUL GRAND LODGE OF THE FREE AND ACCEPTED MASONS OF THE STATE OF CALIFORNIA; LIBERTY LODGE #299 FREE AND ACCEPTED MASONS; and SAN JOSE SCOTTISH RITES BODIES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL G. BENSON,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA MASONIC LODGE #299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA. MASONIC GRAND LODGE SAN FRANCISCO, CA. SCOTTISH RITE BODIES OF SAN JOSE, CA.<br><br>    Defendants. | CASE NO. **C07 03476 HRL**<br><br>**NOTICE OF CONTINUANCE**<br><br>Date:     November 9, 2007<br>Time:     9:00 a.m.<br>Courtroom: 6<br>Judge:    Ronald Whyte |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN THAT the hearing date for Defendants Motion to Dismiss has been continued by the Court's own motion from September 4, 2007 to November 9, 2007 at 9:00 a.m. in Courtroom 6 of the above-referenced Court.

DATED:    November 6, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Tal Korn
Attorneys for Defendants

4845-9835-1874.1

-1-

DEFENDANTS GRAND LODGE, LIBERTY LODGE, AND
SCOTTISH RITES' NOTICE OF MOTION AND MOTION TO DISMISS