UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

DATE: November 9, 2007

Case No. C-07-03476 RMW        JUDGE: Ronald M. Whyte

NEAL G. BENSON  -v- SANTA CLARA MASONIC LODGE #299, ET AL.,
Title

Neal Benson (Pro Per)              Michael Serverian, Tal Korn
Attorneys Present                  Attorneys Present

COURT CLERK: Corinne Lew        COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

Defendant's Motion to Dismiss or, in the Alternative, for a more definite statemente

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides. The court to send out a final ruling to the parties. Case Management Conference is vacated.