**E-FILED on** 11/26/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAL G. BENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA MASONIC LODGE # 299, SANTA CLARA POLICE DEPARTMENT AND CITY OF SANTA CLARA, CA, MASONIC GRAND LODGE SAN FRANCISCO, CA.  SCOTTISH RITE BODIES OF SAN JOSE, CA,<br><br>　　　　Defendants. | No. C-07-03476 RMW<br><br>JUDGMENT<br><br>**[Re Docket No. 8, 11]** |

　　　On November 26, 2007 the court entered its order dismissing this case with prejudice. Therefore,

　　　Judgment is hereby entered in favor of defendants, and plaintiff is not entitled to any relief by way of his complaint.

DATED:　　　11/26/07　　　　　　　　　　　*Ronald M Whyte*　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT—C-07-03476 RMW
TSF

1 | **A copy of this order was mailed on         11/26/07         to:**

2 | **Plaintiff:**

3 | Neal G. Benson (PRO SE)
    5462 Begonia Drive
4 | San Jose, CA  95124

5 | **Counsel for Defendants:**

6 | Peggy S. Doyle            doyle@lbbslaw.com
    Michael C. Serverian      mserverian@rllss.com
7 | Shawn Adrian Toliver      toliver@lbbslaw.com

8 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

9 |
    **Dated:**        11/26/07                                    TSF
10|                                                     **Chambers of Judge Whyte**

JUDGMENT—C-07-03476 RMW
TSF