*11/15/07*

# PROOF OF SERVICE

11-15-07

*At Fed Clerk office*
*C07-03476 RMW*



```
        Cambrian Park Station
          san jose, California
              951249998
           0568370008 -0094
/15/2007    (800)275-8777    01:57:30 PM

              Sales Receipt
oduct         Sale   Unit      Final
scription      Qty   Price     Price

 FRANCISCO CA 94104                 $0.58
 e-1 First-Class
tter
.40 oz.
 eturn Rcpt (Green Card)            $2.15
 ertified                           $2.65
 abel #:      70071490000220076432
                                 ========
   ssue PVI:                        $5.38

N JOSE CA 95112                     $0.58
 e-1 First-Class
tter
.40 oz.
 eturn Rcpt (Green Card)            $2.15
 ertified                           $2.65
 abel #:      70071490000220076449
                                 ========
 ssue PVI:                          $5.38
                                 ========
 tal:                              $10.76

 id by:
 bit Card                          $10.76
Account #:        XXXXXXXXXXXX7002
Approval #:       260881
Transaction #:    481
23 903460673
Receipt#:         013667

 der stamps at USPS.com/shop or call
800-Stamp24.  Go to USPS.com/clicknship
 print shipping labels with postage.
 r other information call 1-800-ASK-USPS.

 l#: 1000601992992
 erk: 22

  All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.
***********************************
***********************************
          HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

           YOUR OPINION COUNTS
***********************************
***********************************




              Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

Postmark: NOV 2007

Sent To: MICHEAL C. SERVERIAN, SBN 133203
RANKIN, LANDSNESS, LAHDE, SERVERIAN & S.
96 NORTH THIRD STREET SUITE 500
SAN JOSE, CA 95112

PS Form 3800, August 2006

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

Postmark: NOV 2007

Sent To: PEGGY S. DOTLE, SBN 176403
LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET  SUITE 1400
SAN FRANCISCO, CA. 94104

PS Form 3800, August 2006

*FILED 2007 NOV 26 P 2:5*

# PROOF OF SERVICE    11-15-07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MICHEAL C. SERVERIAN, SBN 133203
   RANKIN, LANDSNESS, LAHDE, SERVERIAN & S.
   96 NORTH THIRD STREET, SUITE 500
   SAN JOSE, CA. 95112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☐ Agent   ☐ Addressee

B. Received by (Printed Name): WIS____   C. Date of Delivery: 11/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0002 2007 6449

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PEGGY S. DOYLE, SBN 176403
   LEWIS BRISBOIS BISGNARD & SMITH LLP
   ONE SAMSOME STREET   SUITE 1400
   SAN FRANCISCO, CA. 94104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Charmaine Doaria   C. Date of Delivery: 11/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0002 2007 6432

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540