# PROOF OF SERVICE

*E6 clerks copy*

11-19-07

ADR #6 ¢ ADR #8  C03 00119 RMW ¢ C07 03476 HRL

```
            Cambrian Park Station
              san Jose, California
                   951249998
               0568370008 -0098
11/19/2007     (800)275-8777    10:37:43 AM

                   Sales Receipt
Product         Sale    Unit         Final
Description     Qty     Price        Price

SAN FRANCISCO CA 94104               $1.14
Zone-1 First-Class
Large Env
2.30 oz.
Return Rcpt (Green Card)             $2.15
Certified                            $2.65
Label #:       70071490000220076456
                                    ========
   Issue PVI:                        $5.94

SAN JOSE CA 95112                    $1.14
Zone-1 First-Class
Large Env
2.10 oz.
Return Rcpt (Green Card)             $2.15
Certified                            $2.65
Label #:       70071490000220076418
                                    ========
   Issue PVI:                        $5.94

Total:                              $11.88

Paid by:
Debit Card                          $31.88
   Account #:         XXXXXXXXXXXX7002
   Approval #:        562476
   Transaction #:     782
   23 903460673
   Receipt#:          015210
   Debit Card Purchase    $11.88
   Cash Back              $20.00

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202359500
Clerk: 10

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

             YOUR OPINION COUNTS
*******************************************
*******************************************



            Customer Copy
```



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Sent to: PEGGY S. DOYLE, SBN 176403
LEWIS BRISBOIS BISGNARD & SMITH LLP
ONE SAMSOME STREET   SUITE 1400
SAN FRANCISCO, CA. 94104

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Sent To: MICHEAL C. SERVERIAN, SBN 133203
RANKIN, LANDSNESS, LAHDE, SERVERIAN &
96 NORTH THIRD STREET, SUITE 600
SAN JOSE, CA. 95112

FILED 2007 NOV 21 P 2:55

# PROOF OF SERVICE

11-19-07

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    MICHEAL C. SERVERIAN, SBN
    RANKIN, LANDSNESS, LAHDE
    96 NORTH THIRD STREET,
    SAN JOSE, CA. 95112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  11/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0002 2007 6418

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    PEGGY S. DOYLE, SBN 176403
    LEWIS BRISBOIS BISGNARD
    ONE SAMSOME STREET
    SAN FRANCISCO, CA. 94104
    SUITE 1400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  11/20/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7007 1490 0002 2007 6456

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540