# United States District Court
# Northern District of California

FILED
2007 OCT 31 P 1:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Neal G. Benson
5462 Begonia Dr.
San Jose, Ca. 95124.
Litigant without a Lawyer

Date 10-29-07

ADR #00-1

NEAL G. BENSON.  Case No. **C03 00119 RMW** AND **C07 03476 HRL**
       Plaintiff, )
) FEDERAL RULE OF CIVIL PROCEEDURE RULE 16
)   Pretrial conferences; Scheduling, Management
Vs. )
SANTA CLARA MASONIC LODGE) Please appoint me an attorney as I cannot hire one to
#299 ) take my case's
SANTA CLARA POLICE )   Date: 11/9/2007
DEPARTMENT AND )   Time: 9 AM AND 10:30 AM
CITY OF SANTA CLARA, CA. )   Courtroom 6, 4TH FLOOR SJ
MASONIC GRAND LODGE )
SAN FRANCISCO, CA. )
SCOTTISH RITE BODIES OF )
SAN JOSE, CA. )
       Defendants )

   HONORABLE JUDGE R. M. WHYTE OR JUDGE H. R. LLOYD I NEED AN ATTORNEY.
1] THE PLAINTIFF NEEDS THE JUDGE TO ASSIGN AN ATTORNEY TO HIS CASE, PREFERABLY A FEDERAL ATTORNEY, TO REPRESENT ME AND MY WIFE.
2) Reason:
   a) SINCE THE DEFENDANTS SAW TO THIS LITTLE DETAIL TO STOP ME FROM BRINGING CHARGES, THINKING THEY COULD SCARE ME INTO QUITTING MY ATTEMPTS TO BRING CHARGES AGAINST THE MASONS AND MEXICANS, I FOUND I HAD GUTS ENOUGH TO UNCOVER THEIR CORRUPTION AND HAS NOW REACHED 17 YEARS NOT 17 MONTHS AND THE LETTER WARNING ME TO CEASE AND DESIST WAS WARNING ENOUGH FOR ANY ATTORNEY TO NOT GET INVOLVED AND IS STILL IN EFFECT and I have ask for the Grand Lodge to rescind it.
   b) I am not a Lawyer and not trained in or ability to be my and my wife's trial Lawyer.
   c) I am 83 years old and suffer from:
      1) Bronchitis and emphysema since 1987 and have been 24/7 on oxygen since 1997.
      2) Prostate cancer with operation in 1990. Present reading of Psa is 23.5 and it
         should be under 4.0. I have a Lupron injection every 4 months at my insurance
         cost of $2100.
      3) A nerve Sympathy condition on my toes from the stress related condition
         from the Masons and Mexican Hate crimes and the Santa Clara Police
         Department's corruption
      4) Refer to the Cancer and stress conditions from the PSA and Fibermialgia
         charts filed in the 2 cases # C03 00119 RMW and C07 03476 HRL.

1

3] IN THE EVENT I CAN NO LONGER CONTINUE TAKING THE BATTERING OR I AM NO LONGER OF SOUND MIND AND BODY MY WIFE NEEDS A COMPETENT COUNSEL TO PROTECT HER. ALSO IF I DIE, BEFORE THE SETTLEMENT, SHE WILL NEED A PROPER COUNSEL TO CLOSE THE PAPER WORK I LEFT OPEN AND UNFINISHED.

NEAL G. BENSON_____DATE_____