# United States District Court
## Northern District of California

FILED

Neal G. Benson
5462 Begonia Dr.
San Jose, Ca. 95124.

2007 OCT 31  P 1: 34

Date 10-28-07

RICHARD W. WIEKING
ADR # 7
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Litigant without a Lawyer.

NEAL G. BENSON.          Case No. **C03 00119 RMW** AND **C07 03476 HRL**
              Plaintiff,     )
                             )   **Motion for summary Judgment**
                             )
Vs.                          )
SANTA CLARA MASONIC LODGE )
#299                         )
 SANTA CLARA POLICE          )   Date: 11/9/2007
DEPARTMENT AND               )   Time: 9 AM AND 10:30 AM
CITY OF SANTA CLARA, CA.     )   Courtroom 6, 4TH FLOOR SJ
MASONIC GRAND LODGE          )
SAN FRANCISCO, CA.           )
SCOTTISH RITE BODIES OF      )
SAN JOSE, CA.                )
              Defendants     )

---

The *Motion for summary judgment* asks the court to decide my lawsuit without a trial because the evidence I have submitted shows that there is no real dispute and since I have furnished the names of the many witness to each major minor criminal acts and have letters from the Honorable Grand Masonic Lodge in San Francisco, Ca., threatening me to stop attempting to bring charges or else. Or the recorded messages as evidence for other crimes and attempts to blackmail or stop me from bringing these charges against the Masons, Mexican Masons and which the Police Officer Elden Zercher, a Mason arranged and /or his father arranged for Santa Clara Police Department officers to help interceded with his Father, Chris Zercher, a Past Master of the Lodge whom I was filing charges against. In their efforts to scare me into submission and verbally Raped me, Neal G. Benson on the day I came to the Santa Clara Police Departments Sgt. Desk to file my charges 3-28-93. As I described and named the persons who took part in or were witnesses and were waiting for me when I walked in and ask for a Sgt. and a case number, and as soon as Matron Doreen Summerkorn badge #17 spoke and introduced me to Chris Zercher (a Mason not a cop) and he spoke the criminal acts were committed along with 5 or 6 police officers who were witness sitting at their desks laughing.

I have presented finally the Short and concise list of criminal acts needed and I have charged these persons named within and in both the Case C03 00119 RMW and Case C07 03476 HRL which includes:

1

"The Rest of the Story" from 1949 to the present.

Neal G. Benson _____ date 10/20/07.

Note: List of the Masonic Leaders, the Masonic members and Santa Clara Police Department Officers who committed criminal acts is attached, called "Attachment for the ADR # 7 motion for Summary Judgment". The charges I am making cover's many charges they are guilty of. The evidence and number of witnesses who can be called to verify their criminal act proves their guilt.

United States District Court
For the Northern District of California

2