# United States District Court
## Northern district of California

FILED
2007 OCT 31 P 1:39

Neal G. Benson
5462 Begonia Dr.
San Jose, Ca. 95124.

**Litigant without a Lawyer**

**Neal G. Benson**

**Plaintiff**

Vs.
SANTA CLARA MASONIC LODGE )
#299 )
MASONIC GRAND LODGE OF S. F, )
SCOTTISH RITE BODIES OF S. J. Ca)
THE SANTA CLARA POLICE DEPT )
AND CITY OF SANTA CLARA )
)
**Defendants** )

ATTACHMENT TO ADR # 7
Motion for summary Judgement.
Case No C03 00119 RMW and C07 03476 HRL
Criminal acts committed against Neal Benson under the Civil Rights Act Titled 42 U. S. C. S 2201 1983 and others of the Civil rights Act by all defendants listed under case # C03 00119 and C07 03476 which gives relief and damages to any person subjected to a violation of his or her civil rights using the "under the color of state law" criminal act in addition to the City and State Laws of California, and the U. S. Federal Laws and RICO Act.

Date: Nov. 9th 2007
Time: 9 am and 10:30 am
Court room 6 4th floor SJ

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

1] The defendants listed above are guilty of violating my civil rights listed under the case number C03 00119 by using written threats, "Drive bys" at my home to cause fear, Telephone Death threats, using the signs and cymbals taught in the 1st thru the 4 degree, attempting to stop me from filing charges against the Masonic Fraternal members and the Santa Clara Police Dept. officers and others for Aiding and abetting in the cover up of criminal acts committed against me and my wife.

2] When they would not settle out of court, I attempted to file criminal charges at the Santa Clara Police Department in the City of Santa Clara, Ca. since the criminal acts were perpetrated in the City of Santa Clara on 8-1-91. The Masonic members and the Santa Clara Police were waiting for me and verbally raped me on 3-28-93 when a Masonic member and father of a SCPD officer, acted as a police officer and instructed me to read the charges to which he yelled "not guilty" to each of the charges I read and since I had asked the Police Matron to see a Sgt. and I wanted a case number. The Police did not take my charges nor give me a case number, I was laughed out of the Police Station by 10 witness including 6 police officers and it took 6 months to get the

1

guts to return. I have named the persons and witnesses in my charges in Case number C03 00119 and again in C07 03467. These 2 cases are the same with the C07 03476 is the correct version as required by Judge Whyte's demands per the local rules and language not recognize by me as I am a Litigant without a Lawyer.

3] I have found that my filing the C03 00119 and C07 03476 cases you have used the same tactics the Santa Clara Police Department used to stretch out the Illegal Statute of Limitations assigned by Sgt. Rees with no intention of taking my charges to court and falls under the RICO ACT as using the under the cover of state Law violation to stop my charges and getting the settlement and sending the guilty parties to prison and this is the same as my case with you Judge Whyte. Since the SCPD had entered into an agreement to stop me by any means, prior to 3-28-93, the day I was verbally raped, to scare me into quitting my attempts to file my charges, by a Masonic member acting as a Police officer and the father of a SCPD officer, a matron and a Sgt. from 3-28-93 to April 14, 1997. This was the same pattern the Santa Clara Masonic Lodge and Grand Lodge, and others who committed some 400 criminal acts to stop me from filing charges including 2 threatening letters, death threats by mail and phone calls and drive bys at my home in 17 months.

Since (1) I did not use the proper form for my filing and spent some 6 hours at the Santa Clara Law Library with the Librarian helping me find the reference book with the forms listed but there is not a copy in the Law Library to copy as referenced. (2) I did as the Judge ask and since I was not a Lawyer with knowledge of the Local rules, shortened the input from 400 pages to 112 pages as I did not understand but since all the lawyers involved and the Judges were trained and spoke and wrote the same language it was easy for the Judge to dismiss my case. No matter how guilty they are or how many criminal acts committed against me a poor innocent average Joe who fought in WW II, and was the "Main Man escorting KGB" and the stopping the "Cold War" and designed Nuclear Missiles and Satellites for Photographing the earth but I am not a Lawyer or Judge with training. You Judge Whyte dismissed my case because I needed to get with the form and language you and the Lawyers wanted and what I finally found the form needed and the meaning of short and concise. I am a normal average intelligence person with a Masters in design in Satellites and Missiles and a qualified degree in Quality Control, not Law.

A list of criminal acts committed against Neal G. Benson from 1949 and his wife Catherine R. Benson from 1967 to present are included below:

5] **This part of the rules were included in a letter from the Defendants attorneys and gave me a clue as to what you were asking me to do.**
   Answer to your remarks for Motion to dismiss Pursuant to Rule (b) (6) on the ground that it fails to state a claim upon which relief may be granted.
B-Page 2 line 7-8and 9: MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO

FRCP12(e) Plaintiff to file a short and plain statement of the claim entitling him to relief which complies with FRCP 8 AND WHICH FAIRLY APPRAISES DEFENDANTS OF CLAIMS AGAINST WHICH THEY MUST DEFEND.

THESE CLAIMS BY THE PLAINTIFF YOU MUST DEFEND AGAINST:

1) THREAT TO COMMITT MURDER SEC. 524.
    a) Henry Rosendin--- Have tape recording of threat as evidence in 1990. This was the year I was diagnosed with Prostate Cancer by Doctor Manzone and operated on in Jan. 1991. This was causing me and my wife fear and stress.

2) 2 WRITTEN THREATS STATING IF I DO NOT CEASE AND DESIST IN BRINGING MASONIC CHARGES I WILL SUFFER THE "SUM OF THE CONSEQUENCES". SEC.524
    a) Francis Lewis P. M.—Former assistant Secretary of the Masonic Grand Lodge in San Francisco sent a threatening letter through the U. S. Mail to me, on John L. Coopers III, Grand Lodge Secretaries letter head. This caused me and my wife fear and stress

    b) August "Joe" Collier P. M.-- Inspector for the Grand Lodge and enforcer of Masonic Laws got a copy and sent a copy to me and stated he was informing me of his orders over the telephone. This was causing me and my wife fear and stress.

    c) John L. Cooper III P. M.-- I ask for the Grand Lodge Secretary to rescind the order and he refused to cancel it and is still in force. This was a standard form for persons who were bringing charges against Masonic members and lodges to scare and cause fear in them so they would cease and desist. This was causing me fear and stress.
    Mr. Cooper also would not return the $1 million Dollar check that Mr. Joel Springer got for me from the Masonic Bank and was confiscated by Mr. Francis Lewis. Joel ask me later what I got it for.

3) THREAT "YOU HAD BETTER FIND OUT WHERE IT CAME FROM" REFERING TO THE "HOODWINK" GIFT. SEC. 524
    a) Vidal Ramirez P. M. of the Santa Clara Liberty Lodge # 299 after verbally raping me in front of about 94 high ranking Masonic members and guests. This was causing me fear and stress.

4) PRINCIPALS TO A CRIME SEC. 31
    a) Henry Rosendin---was a leader who had 2 or more of his Mexican Lt. join the Masonic Lodge #299 in 1984 to carry out his threat "To get me", Neal Benson and help the Lodge members to institute all the criminal activities against my wife Catherine and myself. This caused me and my wife fear and stress.

b) Francis Lewis—a P. M. and was appointed assistant Grand Lodge Secretary to by John L. Copper III the Secretary to the Masonic Grand Lodge of California in San Francisco, Ca. in carrying out his orders. He was fired after he stole the $1 million dollar check laid on his desk by the Secretary, Melissa, to Mr. Cooper and I ask Mr. Cooper 7 times in person, for the check and he refused me. Also causing fear and stress to my wife and myself.
Mr. Joel Springer was the office person who went to the Masonic Bank and got the $1 million dollar check and when he met me later ask what I got the check for. He did not know it was not given to me and I did not tell him.

c) August "Joe" Collier P. M --carried out the orders of the Grand Lodge letter to make me Suffer the Sum of the Consequences" along with others under his and other's order's and causing fear and stress in me and my wife.

d) Vidal Ramirez P. M. – joined the Santa Clara Liberty Lodge #299 in 1984 to "Get even with me" for my telling the truth about my Mexican son-in-law to Henry Rosindin. He was a Lt. under Henry Rosendin a Catholic who could not join the Masons. He was the Master of the Lodge on the night of 8-1-91 and verbally raped me in front of 94 persons. He was an instigator who causing fear and stress in me due to crime committed against me and my wife.

e) Doug Clifford P. M.—Was the master of the Lodge for the year 1-1-91 to 1-1-92 and was the head of the "Get me" operation that year and could have stopped this problem as it was a big operation involving 80 or more men and their wives who were causing me and my wife fear and stress from Los Angeles to San Francisco and including Stockton, California.

f) Don Gross P. M.—Mr. Don Gross in 1949, accused me of theft from a locked closet that housed the lodges working tools and Jewels worn by the Officers of the Lodge. Since I had just passed the examination for the 3rd Degree, in 2 months which was normally a 3-6 months of coaching a person in the 3 degree's. My coach told all the persons that night in the Lodge he expected me to be ready to be Master by the end of the year. There are 6 steps to going thru the chairs to be Master of the Lodge and at the rate I was able to absorb the teachings that meant those that were now in line would be set back 1 year longer to go through the chairs. So I was framed and an instant HATE against me developed, so I stopped going to Lodge and the members in line were not going to be in line an extra year. I caught he and his wife stalking me on the night of 8-1-91.
The hate culminated on 8-1-91 when I was verbally raped by the Masonic Lodge in Santa Clara, Ca. in front of 94 members and guest.

4

g) Kenneth Nagel P. M.—I have a telephone tape recording of his attempt to blackmail me into stopping my bringing criminal charges against him and other members. He said "I hear you're a RAPIST I'll be calling you ". I was to see his Inspector to tell my side of the story the next morning. He would not sign the papers I tried to file to send to the Grand Lodge to investigate my charges all the criminal acts listed by the Masonic Laws and City, State and Federal laws committed against me by the Lodge and individual members of the Lodge and others.

h) Christ Zercher P. M.—Had taken a large part of the "Get me" action as he knew many of the Santa Clara City Officials as a member of the new Building committee and police security before, during and after the completion of the building. His son was a member of the Lodge also and a druggist. On 3-28-93, he, Chet Grant, Neo Escamilla, all members of the Masonic Lodge of Santa Clara, along with others met at the Santa Clara Police Station and the Matron I met when I walked in to file charges against the Santa Clara Masonic Lodge, I ask for a Sgt. and a case number, she introduced Chris or his son Elden to me, Stating this man can help you. He ask me to read my charges. It was not per police procedure as at San Jose where I had filed charges I got a Sgt. and a case number so I was suspicious of this but read the first 3 charges. The answer to each charge was "Not guilty". With 10 or 11 witness, Masons and Police officer's at there desks who laughed me out of the Police station.

i) Elden Zercher – Stopped being a Druggist at some point and went back to college to become a Police officer and did. He then became a Santa Clara Police officer some time prior to 3-28-93. Why? As a Santa Clara Police Officer, he was entitled to protection and as a Mason he was protected also in case someone tried to file charges against him. Since his father was involved in the crimes against me and he also as a member who attended the Lodge often was involved.

j) Sgt. then Lt. Rees of the Santa Clara Police Department Internal affairs Officer in 1993. I went to the Santa Clara Police Department on 12 -15-93 and again attempted to file my charges and get a case number. When the person read some of the charges which now included the Police officers, said they would have to get the Internal Affairs officer and did. Sgt. Rees appeared and after reading some of the charges said he would have to read and make a report on these charges and I said I want a case number. He said he had to read the charges and decide weather I got a case number. By the end of the 1st year he had changed the Criminal charges to Civil charges and

5

added the statute of Limitations and 7 times in the next 4 years until the expiration of the illegal statute expired he refused to give me a case number. Then he told me I could do nothing as the statute had expired. I then went to Federal court and filed Civil and Criminal charges.

k) Matron Doreen Summerkorn Badge #17—Santa Clara Police Department officer who attends to Sgt. desk to meet persons and furnish information. Doreen introduced me to a man who was not a Police officer named Chris Zercher a Masonic member and one of the persons who I was bringing charges against.

5) ACCESSORIES TO A CRIME SEC. 32
   a) All leaders and persons who plotted and planned criminal acts as listed in section # 4 including those listed below.

   b) Neo Escamilla—member of the Santa Clara Masonic Lodge and was their at the Police station on 3-28-93 to witness the criminal acts of Matron Doreen Summerkorn and Chris Zercher not a police officer, and to report to the Lodge of Neal Benson's 2nd Verbal rape and effort to scare him and stopping the charges being filed as he was laughed out of the Police Station by 10-11 witness.

   c) Chester Grant P. M.—a member of the Santa Clara Masonic Lodge and was their at the Police Station to witness the criminal acts of Matron Doreen Summerkorn and Chris Zercher, not a police officer, and to report to the Lodge of Neal Benson's 2nd verbal rape and effort to scare him and stopping the charges being filed as he was laughed out of the Police station by 10-11 witness.

   d) 6 John does Santa Clara Police Department Officers seated and standing.

6) CAUSING PAIN AND SUFFERING TO AN ELDER. SEC.368
   a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5.

7) FEAR INDUCED BY THREAT. SEC. 519
   a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5.

8) STALKING SEC. 646.9
   a) All persons listed in section # 4 and # 5 when they assigned persons to follow and report my activities as on the day I bought my 2 pistols and the day I picked them up. The night of 8-1-91 at the restaurant where Cathy my wife and I had dinner and numerous Doctor appointments.

6

9) ACCUSED OF BEING A RAPIST-SEC. 261
    a) Kenneth Nagel P. M.—Called me on the phone and left message "I hear you're a rapist. I'll be calling you". I have a copy of the tape as evidence of attempted black mail.

10) COMMITTING HATE CRIMES. SEC. 422.75
    a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1thru # 5.

11) AIDING AND ABETTING THE COVER UP OF CRIMES SEC. 182
    a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5.

12) CONSPIRACY.-A SECRET PLAN OF AN UNLAWFUL ACT. SEC. TITLE 18 1510 OF THE RICO ACT AND SEC. 182
    a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5.

13) RACKETEERING-A FRAUDULENT SCHEME SEC. TITLE 18 1510
    a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5.

14) OBSTRUCTION OF JUSTICE-TO BLOCK OR IMPEED JUSTICE.SEC. TITLE 18 1510
    a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5.

15) CORRUPTION- THE CHANGING FROM GOOD TO BAD. SEC. TITLE 18 OF THE RICO ACT.
    a) All leaders and persons who plotted and planned criminal acts against me as listed in section # 1 thru # 5

16) WRITTEN THREAT TO EXTORT SEC. 523
    a) As the officers of the Honorable Masonic Grand Lodge of California are the persons who run and operate all of the Masonic Lodges in the State of California, they are the leaders who issue written or verbal orders to those Inspectors under them and other's to control the members. The letter issued to me and to Inspector August "Joe" collier was an attempt to extort my silence or "suffer the sum of the Consequences"

17) ATTEMPT TO EXTORT. SEC. 524
    a) As the officers of the Honorable Masonic Grand Lodge of California are the persons who run and operate all the Masonic Lodges in the State of California, they are the leaders who

7

issue the written or verbal orders to those Inspectors under them and others to control the members. The Cease and desist order was used by the Masons and Police and stopped me from filing my charges. The members of the Lodge at the 1 thru 3 degree level proceeded to verbally rape me with the help of the Santa Clara Police Department on 3-28-93, causing fear, and humiliated me by laugh me out of the Police Station and refusing my attempt when I tried to file my criminal charges against the Masonic members.

18) Starting on 3-28-93 the Masonic Lodge of Santa Clara and the Santa Clara Police Department Officers allowed the father of a SCPD officer to act as a Police Officer at the Police Station in the Warburton complex in Santa Clara, Ca. I ask the Matron for a Sgt. and she said this man can help you. I was then verbally raped by this person and laughed out of the Police station when I realized I was set up and not able to get my charges, other than reading 3 of the charges and the person saying "Not guilty" to each of them and I was not going to get a Sgt. or a Case number and this was a rejection by the SCPD officers to deny and reject my verbally spoken charges against the Masonic members. From this point on the Law "criminal acts by the SCPD were committed under the color of State Law", by the Santa Clara Police Department Sgt. Rees after confiscating my charges on 12-15-93 and others, who used this method to stop me a second time, when they could not scare me into stopping with all their power. I filed these charges under Federal Civil Law on 1-9-03. This is covered by the 10 year statute of Limitations established by the R I C O federal act.

19) VERBAL RAPE PER THE 1966 WEBSTER DICTIONARY- An act or instance of robbing or despoiling and an outrageous violation if a person's honor, not statutory rape. SEC. 261 (Has the same effect on a persons mind and body as Statutory Rape. Per medical evaluation it takes 1 to 3 years to heal and to overcome the effects of a Real Honorable Man's world crashing around him.)

20) FOR PHYSICAL INJURIES AND DEFORMATION OF AND TO MY BODY DUE TO THE INJESTING OF STEROIDS AND LUPRON TO CHEMICALLY CASTRATE MY BODY TO CONTROL THE PROSTATE CANCER. The Prostate Cancer Chart lists the changes to my body when the stress caused by the Masonic Fraternity and the Santa Clara Police Departments attempts to stop me from filing criminal charges against the Masonic Lodge members and then the criminal charges against the Santa Clara Police officers for the same criminal acts.

I FOUND OUT ON 9-18-07 FROM THE DOCTORS AT THE VETRANS HOSPITAL IN PALO ALTO CA. THAT THE INJECTIONS OF LUPRON ARE CAUSING MY RED AND WHITE BLOOD CELLS TO NOT REPRODUCE AND I NOW HAVE ONLY THREE FOURTHS OF MY RED CELLS LEFT AND HAVE LOST 25% OF MY RED CELLS IN THE LAST 2 YEARS. HOW MUCH TIME IS LEFT IS A GUESS.

21] By the Federal Law I will get relief under the Civil Rights Act. Title 28 U. S. C. 1331 and 1343 and title 42 U. S. C. 1985 A CONSPIRACY TO INTERFER WITH CIVIL RIGHTS BASED UPON THE CONSPIRACY BY THE DEFENDANTS THAT REPEATEDLY VIOLATED PLAINTIFF'S CIVIL RIGHTS, AND 42 U. S. C. 1983 OF THE CIVIL RIGHTS ACT and others.

22] Also the Statute of Limitations under the RICO ACT is 10 years. My attempt to file the criminal acts on 3-28-1993 at the Santa Clara Police Department and was rejected, then on 12-15-93 Sgt. Rees of the Santa Clara Police Dept. when I came to the police station to file the charges again, confiscated the charges and in the next year made changes of the criminal to Civil and added a statute of limitations and which was an illegal statute of Limitations since there was no intention of going to court. To go to court meant the Cops and Masons would go to prison and that was not going to happen and so on Jan. 3, 2003 which was within the 10 year Statute of limitations and allows me to prosecute until this court has convicted the defendants under State and Federal laws by the Federal Government.

The Honorable Neal G. Benson and his wife Catherine Rose Manush Benson 9-13-2007
NEAL G. BENSON _____ DATE 10/30/07

9