# United States District Court
# Northern District of California

FILED

2007 OCT 31 P 1: 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

Neal G. Benson
5462 Begonia Dr.
San Jose, Ca. 95124.

Date: 10-28-07

Litigant without a Lawyer.  Federal Rule 16 of civil Procedure.  ADR # 00

| | |
|---|---|
| NEAL G. BENSON. | Case No. **C03 00119 RMW** AND **C07 03476 HRL** |
| Plaintiff, | |
| | FEDERAL RULE OF CIVIL PROCEDURE RULE 16 |
| | Pretrial conferences; scheduling; management |
| Vs. | |
| SANTA CLARA MASONIC LODGE #299 | |
| SANTA CLARA POLICE DEPARTMENT AND | Date: 11/9/2007 |
| CITY OF SANTA CLARA, CA. | Time: 9 AM AND 10:30 AM |
| MASONIC GRAND LODGE | Courtroom 6, 4TH FLOOR SJ |
| SAN FRANCISCO, CA. | |
| SCOTTISH RITE BODIES OF | |
| SAN JOSE, CA. | |
| Defendants | |

**Rule 16. Pretrial conferences; Scheduling; Management**
(a) Pretrial conferences and Objectives

### Item (1)

OBJECTIVES –To come to a settlement
1] DO YOU HAVE AN OFFER AND ARE YOU READY TO SETTLE THIS CASE WITH ME, NEAL BENSON?
   A] INCITE TO THE CRIMINAL ACTS:
<u>WHO IN HELL DO THESE MASONS AND MEXICANS THINK THEY ARE. I, ME, NEAL G. BENSON AND 39 OF U. S. CIA PERSONS HAD JUST COVERED EVERYBODY ASS (INCLUDING YOU AND YOURS), IN THIS WORLD, AND TO TRAVEL IN EUROPE I NEEDED BODY GUARDS AND THE MEXICANS AND MASONS SHOVE IT TO ME IN 1991 (Ref. #3), AND OTHERS WHO THREATEN ME AND COMMITTED CRIMINAL ACTS AGAINST ME, I FIND SO FAR, THEY WERE NOT WORTH SAVING AND ARE CORRUPT.</u>

1) The Masons are given credit for establishing a free country for the Christians. By causing the Soviet Union to end in the revolution that freed their people and 6 million live here now. The revolution I (we) started, cost over 1 million lives and ended the Cold War. Why did they pick on me? Because I knew what I was doing and the Masons didn't!

1

2) How many times have the people had to defend the United States over and over again and the approximately 3 million Masons, most to old to serve in the service, were a very small percentage of the people needed to defend us but continually brag about establishing this country, BUT WE THE PEOPLE have won the wars that kept us free. I served in the South Pacific during 1943 to 1945 in the U. S. Navy.

3) I went to work for Lockheed Missile and Space Company on Oct. 31, 1960 and I WAS DAMN GOOD AT MY PROFESSION and ushered into the closed area with guards at the entrances known as Area 40. This area and all the other areas and worked I participated in, was done under contacts from the Central Intelligence Agency or the CIA One area was where the U. S. Navy developed the new Poseidon Missile and also had gun totting guards at the entrances. I was assigned to this area because we, the Lockheed Missile and Space Co. had just built a new 3 head nuclear submarine missile and the Soviet Union had planted KGB Moles or spies who were American citizens in our and several contract companies to get the secrets on the new Poseidon Missile we were building. I was assigned to escort a suspected Soviet Union Engineer and KGB mole and spend as much time and answer all the questions he ask as he was the engineer that was designing the Flight control black box electronic unit at an east coast Company for this 3 headed Missile we were building. He came to Sunnyvale on his vacation to see the place it was to be installed in the Missile. I was called to the guard station outside the area to meet and escort him so he could see the actual 3rd stage platform with 3 war heads installed and where his flight control black box would be installed and go into space. The results were, after 1 ½ hours of questions and answers, when he was ready to leave. I escorted him to the door and he left.

    About 3 months later while I was finishing up designing and building the new set of Cables, all of us in the area got the word that the Soviet Union took the bait and went into production with a 3 head nuclear missile and we went ballistic in that closed area an that was the only celebrating that was done. We had removed the 3 head mockup unit and uncovered the new Poseidon with 14 head nuclear missile on the 3rd stage platform. After finishing my assignment on the new 14 head missile I was transferred back to the Area 40 on another hot project and I was approached by one of the group leaders who informed me I was to be nominated by the Company for the Nobel Peace Prize because the company wanted the credit for screwing the Soviet Union and making them go Bankrupt. This was the beginning and the end was President Ronald Reagan the wall down and ended the cold war and the forty of us were credited with the deaths of over 1 million Soviet Union citizens as a result of the Bankruptcy and getting their freedom. There are between 5 and 6 million now residing in the United States of America and I have shook hands with and were thanked by the persons who know the Truth and who I was/am.

Well, we all know this did not happen due to the CIA stopping my name being nominated for the Nobel Peace Prize, and stating if we brag about screwing them, then the Soviet Union would be embarrassed and may get mad enough to fire a missile at us and we did not need another war.

WELL, NOW THAT THE MASONS HAVE SCREWED ME SINCE 1949, THEN IN 1991 THEN 3-28-92, THEN 1997, I AM HERE TO SCREW THEM AND HAVE ALL THE EVIDENCE AND WITNESS I NEED TO BE COMPENSATED AND THEY ARE GUILTY.

Since the Mexicans and the Masons were not aware that I was the person who gave away the secrets to the Soviet Russians and me and 39 others hard work and risks of death and to cover our butts and the rest of the citizens of this country and our allies by doing the first part in ending the cold war, I do not think they care who I was as HATE has that effect on you.

Item (2)

2] AS MY INVESTIGATION SHOWS I HAVE ADAQUATE WITNESSES TO MOST OF THE MAJOR CRIMINAL ACTS AND MINOR CRIMINAL ACTS.

Item (3)

3] FIRST
   a] TO SHORTEN THIS PROCEDURE, YOU, THE ATTORNEYS FOR THE DEFENDANTS ASK THE HONORABLE JUDGE TO HAVE THOSE I HAVE ACCUSED AND HAVE SUBSTANTIAL EVIDENCE ON AND WITNESSES TO APPEAR BEFORE HIM AND PLEA GUILTY TO THE CHARGES AND ASK FOR THE JUDGE TO BE LENIENT AND SAVE THE $200 MILLION IN COSTS TO THE GOVERNMENT FOR THE TRIAL. SINCE THERE WILL BE SOME TIME SERVED, BUT THAT WILL BE THE JUDGES DECISIONAND THE LAWS OF THE U.S. STATES.

   b] IF THAT IS NOT AGREEABLE THEN: If the following comes to fruition I will settle.

   1] The persons most responsible and could have stopped the criminal acts at the Santa Clara Police Department were Christ Zercher who is deceased, his son Elden Zercher an officer of the Santa Clara Police Department and Sgt. Rees at that time and now retired Lt. Rees and should be sent to prison for the criminal acts committed against me and causing the Police department personal to commit hate crimes against me. The persons I have named have committed fraud against the City of Santa Clara by using their positions and working hours as police officers while paid by the city to stop me from sending 2 or more police officers and 40 to 60 Masonic members to prison. Make this happen and compensate me for my and my wife's injuries with my demand from the City of Santa Clara and this will settle my charges against them.

2] The persons responsible for the Santa Clara Masonic Lodge #299 operation and control of which many are deceased persons, and the following persons should serve prison time:

Henry Roaendin as non Mason, whose Lt. Vidal Ramirez, Past Master of Liberty Lodge #299 who joined in 1984 to continue the hate crimes from the days Henry and I were in High School and I was president of the Student Body in 1942-3.

Kenneth Nagel, Secretary and Past Master of Liberty Lodge who refused to sign the papers for the Grand Lodge to investigate my claims and stopped me from getting my day in court.

John L. Clifford who was the Master of the Lodge on 8-1-91 and had the power to stop the 8-1-91 and my 1st verbal raping of me when presenting a gift to the lodge that I had not stolen from them but purchase in 1987 not 1949 when I was accused of theft that started the hate crimes at that time and have continued.

There are many of the persons who were members of the lodge but are now deceased. If you can make this happen and you compensate me with the amount I ask for to cover my and my wife's injuries, I will agree to the settlement.

The Members of the Santa Clara Masonic Lodge #299 let Mexicans join the Lodge in 1984 to get rid of their hate for me also, and Henry Rosendin bragged in front of 10 people that he was the man responsible for the 8-1-91 verbal rape and humiliation because he could not stand to hear the truth and fulfilled his threat to "Get Me" plus his telephone death threat.

3] For the members of the Masonic Grand Lodge at 1111 California street, San Francisco, Ca. for their part of issuing threatening letters to me through the U. S. Mail and to his Inspectors to enforce and to make me CEASE AND DESIST IN MY ATTEMPTS TO FILE CHARGES AGAINST THE Masonic Members. This was one attempt to scare me into submission.

Issuing a check in my name for $1 million dollars, that my attorney said for me to go to pick up when I ask him where the my money was, and Melissa who was the Secretary to Grand Lodge Secretary laying the check face up on the desk in front of me where I could read it and it was confiscated by the Asst. Grand Lodge Secretary Fran Lewis who was fired. [he is deceased]. I tried to recover it 7 times and the Grand Lodge Secretary John L. Cooper the 3rd refused to return it to me.

The results of this threatening letters were 17 months and 400 criminal acts committed against me. The Honorable Grand Lodge Secretary John L.Copper the III WHO HAS NOT YET RECINDED THAT THREATING LETTER WHICH I ASK HIM TO DO AND IS STILL IN FORCE BUT could have stopped these criminal acts at any time and by no rescinding it is still threatening me, therefore should be sent to prison for his hate crimes since he did not have any of my so-called crimes against the Masonic Fraternity that are unfounded and I was found guilty without a trial. Make this happen and pay me and my wife for injuries I have demand from the Grand Lodge of California and I will agree to the settlement.

### Item (4)

4] Regarding the charges and my demands from the San Jose Scottish Rite:

    Mr. Dalton Noland 33* and the Secretary to the Scottish Rite here in San Jose, whom I presented with all the data I had written about the Masonic Fraternity and the Santa Clara Police and ask his help in getting me data and names of persons involved in criminal acts committed against me and were officers in the Scottish Rite but the Scottish Rite is also a member of a Secret Society and but is separate from the Blue Lodge and the Grand Lodge and no financial ties.

    I was a 47 year member and served as chairman of the education committee for 2 years and Mr. Dalton Noland and his wife were good friend and buddies with one of the men from Liberty Lodge #299 who they protected as he took part in the criminal activities against me and informed them of what I was supposedly guilty of, but not charged in or convicted in court. Same tactics used by the KKK and the Masonic members for centuries, hanging without a trial. As a member in good standing yet, I have received no support from it or the Santa Clara Blue Lodge #299 for at least 20 years but my dues are current and paid.

    Mr. Dalton Noland cover up the Criminal acts of the members he was Secretary for and should serve time in prison for assisting in the covering up the hate crimes of the members and officers of the San Jose Scottish Rite as they are not above the laws of the United States they claim to have created and are guilty and use their positions to control, threaten, and coerces and I will be compensated for the amount I ask for and I will agree to the settlement.

THIS WILL SHOW ALL MASONIC FRATERNITY MEMBERS AND POLICE THEY DO NOT HAVE TO POWER TO USE THE LAWS TO THEIR BENEFIT OR SCARE OR TRY TO FORCE PERSONS INTO DOING THEIR BIDING, LIKE SLAVES AND THE KKK CULT THAT WAS USED AS A THREAT TO STAY IN LINE AND A WHIP AND THEY ALSO LET THE MEXICANS JOIN AND USE THE MEXICAN GANG MEMBERS AS A THREAT AND WHO CAUSED MUCH FEAR TO ME AND MY WIFE.

**If all of the above comes to fruition and is agreeable with all I will agree and settle and save many millions of dollars and 2 to 5 years in court.**

**Neal G. Benson**_____ **DATE**_____

### Item (5)

5] BECAUSE THESE PERSON FROM THE MASONIC FRATERNITY HAVE SPENT 57 YEARS COMMITTING HATE CRIMES AGAINST ME AND THEN GOT THE POLICE DEPARTMENT IN SANTA CLARA TO ON 3-28-93 COMMIT HATE CRIMES AND TRIED TO SCARE ME INTO STOPPING BY VERBALLY RAPING ME A SECOND TIME, AND SHOWING ME THE POWER THEY HAVE OVER THE PLICE OFFICERS WHICH ALSO

5

INSTILL FEAR PLUS USING AUTOMOBILE'S AS A WEAPON, DEATH THREATS AND LETTERS TO CEASE AND DESIST AND AS THEY HAD DONE FOR 17 MONTHS TO STOP MY ATTEMPTS TO BRING CHARGES AGAINST THE MASONIC ORDER. THE SHORTESTED WAY TO SETTLE THIS IS COVERED IN ITEM # 3.

[b] SCHEDULING AND PLANNING

1] AGREE TO AMENDING THE PLEADINGS BUT NOT REDUCE THE SETTLEMENT FOR $36 MILLION FOR 57 YEARS OF HATE CRIMES AND OTHER CRIMINAL ACTIVITIES MY WIFE AND I WERE SUBJECTED TO. THE HATE CRIMES STARTED IN 1949 AND THEN I MET CATHERINE R. BENSON AND MARRIED HER IN 1967 OR FOR THE LAST 40 YEARS.

2] FILE MOTION TO HAVE THE CRIMINALS LISTED PLEA GUILTY TO THE CHARGES BEFORE THE HONORABLE JUDGE AND HE SENTENCE THEM ACCORDINGLY. REF. #3.

3] There will not be a JURY trial and guilty pleas will be settled prior to meeting with Judge to sentence them.

THE SCHEDULING ORDER MAY ALSO INCLUDE
4] Extent of discovery--- Reference rule 26 [a] [3] and rule 28 [b] [1]

5] none

6] Reference rule 26 [a] [3] and rule 26 [b] [1]

7] TO BE ESTABLISHED BY THE ADR OR THE PRESIDING JUDGES ASSIGNED.

8] Any other matters appropriate in the circumstances of the case. Yes.
   REF. ADR # 00-1 Need a Lawyer appointed to my case.
   Ref. ADR #7 Motion for summary Judgment.
   Ref. Attachment for ADR # 7 Motion for summary judgment, Criminal charges on each Defendant leader listed.

Neal G. Benson _____ date 10-30-07