# PROOF OF SERVICE
By Neal G. Benson Plaintiff
Covering Case Number C07 03476 RMW Filed Nov. 25, 2007







# PROOF OF SERVICE

By Neal G. Benson Plaintiff  ADR #9
Covering Case Number C07 03476 RMW Filed Nov. 25, 2007

12/3/07

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 11/u/u |
| 1. Article Addressed to:<br><br>PEGGY S. DOYLE, SBN 176403<br>LEWIS BRISBOIS BISGNARD<br>ONE SANSOME STREET SUITE 1400<br>SASN FRANCISCO, CA. 94104 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service la) | 7007 1490 0002 2007 6470 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) LUIS QUSADINE  C. Date of Delivery 11/28 |
| 1. Article Addressed to:<br><br>MICHEAL C. SERVERIAN, SBN 133203<br>RANKIN, LANDSNESS, LAHDE, SERVERIAN & S.<br>96 NORTH THIRD STREET, SUITE 500<br>SAN JOSE, CA. 95112 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0002 2007 6463 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540