*PROOF of Service*



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Sent To *Micheal G. Serverian*
Street, Apt. No.; or PO Box No. *96 No 3rd St Suite 500*
City, State, ZIP+4 *San Jose Ca 95112*

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0005 0250 2376



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Sent To *Peggy S. Doyle*
Street, Apt. No.; or PO Box No. *One Sansome St*
City, State, ZIP+4 *Suit #00 Sanfrancco 94104*

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0005 0250 2383

*for CO3 00119 RWM and CO7 03476 HRL*
*ADR#00, ADR#00-1 and ADR# 7*

Cambrian Park Station
san jose, California
951249998
0568370008 -0096
10/31/2007    (800)275-8777    12:41:34 PI

Sales Receipt
Product          Sale  Unit    Final
Description       Qty  Price   Price

N JOSE CA 95112                        $1.3?
one-1 First-Class
Large Env
1.80 oz.
Return Rcpt (Green Card)              $2.1!
Certified                             $2.6!
Label #:        70071490000502502376  --------

  Issue PVI:                          $6.1?

AN FRANCISCO CA 94104                  $1.3?
one-1 First-Class
Large Env
3.80 oz.
Return Rcpt (Green Card)              $2.1!
Certified                             $2.6!
Label #:        70071490000502502383  --------

  Issue PVI:                          $6.1?
                                      ────────
Total:                               $12.22

Paid by:                             $20.00
Cash                                 -$7.78
Change Due:

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clickNship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000402226681
Clerk: 02

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
******************************************
******************************************
    HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

  TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
******************************************
******************************************

              Customer Copy

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J

FILED 2007 NOV -7 P 12:17

10/31/07

*Proof of Service*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rene Ramayon_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Peggy S Doyle<br>1 Samsone Street<br>Suite 1400<br>San Francisco<br>CA 94104 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7007 1490 0005 0250 2383 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

(Case Number C03 00119 RMW) and C07 03476 HRL
ADR# 00, ADR# 00-1 and ADR# 7

Micheal C. Serverian
96 No 3rd St Suite 500
San Jose, CA 95112

Green Copy Not Returned
# 7007 1490 0005 0250 2376

_[signature]_  10/31/07

NO. DIST OF CA. S. J.
CLERK
U.S. DISTRICT COURT
RICHARD W. WIEKING

2007 NOV 2 P 12:11

FILED