# United States District Court
## Northern district of California

Neal G. Benson
Plaintiff
VS

Judge R. M. Whyte

1-2-08

FILED

ADR # 9.5 LETTER TO JUDGE R. M. WHYTE
Where are the following 3 items?
1) You stopped the listing of items 44, 45, 46, and 47 in the docket report to hide more of the evidence against the Defendants
2) You have not delivered to me a statement that you or anyone in your family are members of the Masonic fraternity
3) The defendants have not sent me a copy of the evidence that the Statute of Limitations was attached to the charges I filed and you have not issued a retraction on the dismissal of C03 00119 for lack of evidence and also the retraction on the C07 03476 for the same reason.

1) You now have 3 strikes and you Judge HAVE COST ME 4 YEARS OF STRESS.

2) I have been set upon by the criminals called The Masonic Fraternity and furnished you with evidence that they are guilty when they sent me a threatening letter saying that if I did not cease and desist in my aggressive attempts to file criminal charges against them and they got the Cops involved and as I was warned by the FBI that these Cops were corrupt in 1992 but the law said I had to go to them as the crimes started in City of Santa Clara. On 3-28-93 I was verbally raped by a Mason acting as a Cop and the Matron and 6 other cops witnessed the refusal of the Police Department officers who refused to accept my criminal charges. Yes they are and were corrupt Cops and had that reputation and all COPS, LAWYERS AND P. I's in the State knew it AND WOULD NOT HELP ME.

3) The Internal affairs officer Sgt. Rees who confiscated and did not give me a case number is the reason there is no evidence he added the statute of limitations and hung themselves with my latest request to furnish me AND YOU Judge, the evidence a statute you have used to stop me but without evidence and are therefore guilty of AIDING AND ABETTING THE CORRUPT DEFENDANTS and their attorneys who furnished you data with no paper work to cover it.

4) You make me live by your rules but you do not live by mine as I am my own Attorney and you and the defendants attorneys do not give me answer's on the items I requested, and do not use privacy laws as the reason when you can be charged with aiding and abetting in Federal Criminal court as I have opened these same charges already and this will be added to those charges as all my records I have furnished you, the Asst. U. S. Attorney has all these copies also and your decisions you made on C03 00119 RMW and C07 03476 cases are wrong by the evidence I have given you and you have accepted the Defendant attorneys input without any back up data from the Santa Clara POLICE DEPARTMENT.

5) You can correct you decisions by changing them to the DEFENDANTS ARE GUILTY SINCE YOU HAVE COST ME 4 YEARS OF STRESS.

NEAL G. BENSON PLAINTIFF _____ DATE 1-2-08

1