# United States District Court
## Northern district of California

FILED

2008 JAN -4 P 2:22

12-26-07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Neal G. Benson
Plaintiff
VS

Judge R. M. Whyte

THE Masonic members of Santa
Clara Lodge #299
The Grand Lodge of Masonry in S. F)

The San Jose Scottish Rite
The City of Santa Clara Police Dept )

Defendant

**ADR # 11 and # 49 ON DOCKET REPORT**

Illegal use of a states laws to usurp State and Federal law You Judge Whyte, have earned the right to be listed as a defendant in this case and suggest you remove yourself as you have denied me the right to appear before the ADR Committee to over turn your decisions on case number C03 00119 and C07 034-76. You made an appointment for me to meet and once I appeared before you in court, you canceled my meeting as you knew I could over turn your aiding and abetting the criminal defendants by stopping me again as the defendants have done for 16 years.

1) You now have 4 strikes and you Judge HAVE COST ME 4 YEARS OF STRESS as listed on my PSA stress chart. My asking for $25 Million plus for my injuries is not excessive for the criminal acts committed against me and my wife over 16 years of this corruption by the defendants, which now includes your honor.

    a) Judge Whyte, you have denied my meeting with the ADR committee and the chance to over turn your dismissal of C03-00119 case, and prove that the Statute you are saying has denied my claims and charges. This is called aiding and abetting the Masons and Cops in stopping the criminal charges they have committed be brought into court. Calling me and the defendant's lawyers before you in court and I was to go before the ADR committee by your schedule after I made my presentation to you and was a court appearance so you could say I had my chance but you stopped my presentation you ask me for when you got bored, stopped my presenting my case but then cancel my ADR meeting and right to appear before them and over turn your decisions.

    b) I have added your name to the list of defendants because you used your power as a Judge to stop me again and cause more stress and injury to the Plaintiff, as the Masons and Cops did and denied me my rights per your rules from presenting proof to the ADR committee that you are wrong 2 times on both decisions on the C03 00119 and C07 03476 both in favor of the criminals and defendants.

    c) The defendant's attorneys have yet to give you and I copies of the Santa Clara Police Department report showing the adding of the Statute of Limitations to my charges. There was not a case number given to me or issued to show this action. There is no evidence to show there was a Statute of Limitations attached to the charges and claims I filed against the Masons and the Cops, therefore your decision based on the Statute is wrong. The defendants have dreamed up this statute as a way to usurp the Law and keep themselves out of prison.

    d) You have stopped the listing of item # 44, 45, 46, and 47 in the docket report and hid more of the evidence against the defendants. Put them back in as is normal procedure when giving any data to the Clerk for a case to be added.

2) I have been set upon by the criminals called The Masonic Fraternity and furnished you with evidence that they are guilty when they sent me a threatening letter saying that if I did not cease and desist in my aggressive attempts to file criminal charges against them, they got to the Cops. I was warned by the FBI that these Cops were corrupt in 1992, but the law said I had to go to them as the crimes started in City of Santa Clara. On 3-28-93 I was verbally raped by a Mason acting as a Cop and the Matron and 6 other Cops witnessed the Police Department officers who refused to accept my criminal charges. Yes they are and were corrupt Cops and had that reputation and all Cops; Attorneys and P. I 's in the State knew it and refused to help me.

3) The Internal affairs officer, who confiscated and did not give me a case number is the reason there is no evidence Sgt. Rees added the statute of limitations and hung themselves with my latest request to furnish me AND YOU Judge the evidence a statute you have used to stop me with but without evidence are guilty of AIDING AND ABETTING THE CORRUPT DEFENDANTS and as their attorneys furnished you data with no paper work to back it up as the Cops that furnished it LIED.

4) You make me live by your rules but you do not live by mine as I am my own Attorney and you do not treat me as my own attorney who has requested you to furnish me a letter that you are not a Mason or are your family associated with the Masonic fraternity, (and do not use privacy laws as the reason) when you can be charged with aiding and abetting in Federal Criminal court as I have opened these same charges already and this will be added to those charges as all my records I have furnished you, the Asst. U. S. Attorney has these copies also, and your decisions you made on C03 00119 RMW and C07 03476 cases are wrong by the evidence I have given you and you have accepted the Defendant attorneys input without any back up (???) data from the Santa Clara POLICE DEPARTMENT liars and I HAVE EVIDENCE IN LETTER FORM WITH SIGNATURES OF Sgt. Rees and the Former Police Chief's lies.

5) You can correct your decisions by changing them to the DEFENDANTS ARE GUILTY AND YOU HAVE COST ME AND MY WIFE 4 YEARS OF STRESS. THIS WILL BE ADDED TO the Asst. U. S. Attorneys file for criminal action along with the other defendants if your decisions not reversed as I am sure you are aware of the federal laws covering this case or you would not have cancelled my meeting with the ADR committee meeting where my evidence would reverse your decisions. Judge, your decisions stand out like a sore thumb and cannot be missed.
THIS IS NOT A THREAT AS THE LAW IS THE LAW AND WHOEVER COMMITTS A CRIMINAL ACT SHOULD BE PUNISHED UNLESS THEY ARE GIVEN A CHANCE TO UNDO THERE ACTS BEFORE IT IS TO LATE. January 29, 2008 is the dead line.
Since all the defendants and yourself Judge Whyte have stopped me from reversing your decisions, and you charge me with attempt of anything, I will win my case when I get to the court you and the defendants are trying to keep me out of, as all the criminal acts by you and the defendants will come out and I WILL WIN.

Your former CIA operator NEAL G. BENSON PLAINTIFF *[signature]* DATE 12-29-07

Page 3 of 3

My ranking under the U. S. Gov't Security was a 10 on a scale of 1-10. Your rank, Judge Whyte, at present is a 4. When I was divorced the CIA Security scanned their and the United Kingdom security rolls to find single women who had clearances and listed those that they felt would make a good mate for me. My wife was the 9th Person introduced to me and I married with the CIA Security approval. I was introduced to her by a Gov't Agent Jack Garrels, whom I lived with and knew for 10 years who was in charge of a protection program for persons of American and foreign underground fighters wanted by our enemies. Since you have used your position to control me and not let me meet with the ADR committee persons, as described in your set of rules, I will see if I can use the power of my former position and rank to win my case. My security coverage was the same as the President of the U. S. if I was to travel in foreign countries; I had to pay for U. S agents to escort me.