*fed Clerks office Copy*

NC

```
            Cambrian Park Station
             san jose, California
                  951249998
              0568370008 -0096
     7/2008    (800)275-8777    01:15:13

    ─────────── Sales Receipt ───────────
     uct         Sale   Unit        Fina
     ription     Qty    Price       Pric

     FRANCISCO CA 94104              $0.
     -1 First-Class
      er
     00 oz.
     turn Rcpt (Green Card)         $2.
     rtified                        $2.6
     bel #:        70071490000220076487
                                 =========
     sue PVI:                       $5.2

     JOSE CA 95112                  $0.4
     e-1 First-Class
      ter
     .90 oz.
     eturn Rcpt (Green Card)        $2.1
     ertified                       $2.6
     abel #:       70071490000220076494
                                 =======
     ssue PVI:                      $5.2

     otal:                         $10.4

     aid by:
     bit Card                      $10.4
       Account #:     XXXXXXXXXXXX8557
       Approval #:    361596
       Transaction #: 473
     23 903460673
       Receipt#:      008783

     der stamps at USPS.com/shop or call
     -800-Stamp24.  Go to USPS.com/clicknship
     o print shipping labels with postage.
     or other information call 1-800-ASK-USPS.

     ill#: 1000402244916
     lerk: 02

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
           Thank you for your business.
     ****************************************
     ****************************************
           HELP US SERVE YOU BETTER

         Go to: http://gx.gallup.com/pos

           TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

              YOUR OPINION COUNTS
     ****************************************
     ****************************************

                  Customer Copy
```

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7007 1490 0002 2007 6487

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.21 |

Sent To: PEGGY S. DOYLE, SBN 176403
Street, Apt. No. or PO Box: LEWIS BRISBOIS BISGNARD & SMITH LLP
City, State: ONE SAMSOME STREET   SUITE 1400
SAN FRANCISCO, CA. 94104

PS Form 3800, August 2006   See Reverse for Instructions

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7007 1490 0002 2007 6494

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.21 |

Sent To: MICHEAL C. SERVERIAN, SBN 133203
Street, Apt. No. or PO Box: RANKIN, LANDSNESS, LAHDE, SERVERIAN & S.
City, State, Zip: 96 NORTH THIRD STREET, SUITE 500
SAN JOSE, CA. 95112

PS Form 3800, August 2006   See Reverse for Instructions

**Filed**
JAN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Case Number 00119 RMW*
*C07 03476 RMW*
*ADR 9.5 & ADR 11*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PEGGY S. DOYLE, SBN 176403
LEWIS BRISBOIS BISGNARD SMI[TH]
ONE SANSOME STREET STE 1400
SASN FRANCISCO, CA. 94104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bene Ramagan_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  1-9-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0002 2007 6487

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Case # C03 00119 RMW & C07 0 3476 RMW

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHEAL C. SERVERIAN,
RANKIN, LANDSNESS, LAHDE,
96 NORTH THIRD STREET,
SUITE 500 SAN JOSE, CA. 95112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  1/11/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0002 2007 6494

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540